AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fletcher, William A. | US Court of Appeals 9th Circui | 12/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

95 Seventh Street, Suite 216
San Francisco, CA 94103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of California, Berkeley, California |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/07/77 | University of California Pension (vested; no control) |
| 2. | 04/05/95 | U.C. Berkeley Law School; Agreement to teach one course per academic year; salary within 15% guideline. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fletcher, William A. | 12/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | University of California Berkeley, Compensation for teaching | $19,999.98 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Alabama | February 20 - 23, 2013 | Birmingham, Alabama | Symposium on Standing | Transportation and Lodging for myself |
| 2. | Columbia University | April 6 - 9, 2013 | New York, NY | Moot Court | Transportation and Lodging for myself |
| 3. | NYU School of Law | October 15 - 16, 2013 | New York, NY | James Madison Lecture | Transportation and Lodging for myself |
| 4. | University of Pennsylvania | November 15 - 16, 2013 | Philadelphia, PA | Symposium | Transportation and Lodging for myself |
| 5. | Federal Bar Association | December 6 - 7, 2013 | Honolulu, HI | Panel Discussion | Transportation and Lodging for myself |
| 6. | Robert Schuman Centre for Advanced Studies | December 12 - 14, 2013 | Florence, Italy | High Level Policy Seminar | Transportation and Lodging for myself |

| Name of Person Reporting | Date of Report |
|---|---|
| Fletcher, William A. | 12/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fletcher, William A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dreyfus California Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 2. Bingham, Osborn & Scarborough Investment Account | D | Interest | O | T | | | | | |
| 3. (2) X: assets obtained through inheritance | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fletcher, William A. | 12/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William A. Fletcher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

William A. Fletcher

Assets held in Bingham, Osborn & Scarborough Account at the end of 2013

| Asset | Income During Reporting Period | Type | Value | Value Method |
|---|---|---|---|---|
| Pimco Low Duration Fund  PTLDX | B | Interest | L | T |
| Vanguard Admiral CA Inter-Term Tax Exempt VCADX | B | Interest | L | T |
| Vanguard Admiral Ltd Term Tax Exempt VMLUX | B | Interest | L | T |
| Vanguard Short-Term Tax Exempt Bond Admrl ZWSUX | B | Interest | K | T |
| Pimco Real Return Fund  PRRIX | A | Interest | J | T |
| Vanguard FXD Inc Secs Inflt Prt Admrl VAIPX | A | Interest | K | T |
| Pimco Foreign Bond Hedged PFORX | B | Interest | K | T |

| | | | | |
|---|---|---|---|---|
| Pimco Foreign Bond Unhedged PFUIX | A | Interest | J | T |
| Vanguard Information Technology ETF VGT | A | Dividends | K | T |
| S&P Depositary Receipts (SPDR) SPY | A | Dividends | M | T |
| DFA US Large Cap Value DFLVX | A | Dividends | K | T |
| DFA US Micro Cap DFSCX | A | Dividends | K | T |
| DFA US Small Cap DFSTX | A | Dividends | J | T |
| DFA US Small Cap Value DFSVX | A | Dividends | K | T |
| DFA International Small Cap Value Port DISVX | A | Dividends | J | T |
| DFA International Small Company DFISX | A | Dividends | J | T |
| DFA International Value DFIVX | A | Dividends | J | T |
| Vanguard FTSE Developed Markets ETF VEA | A | Dividends | K | T |
| DFA Emerging Markets Core Equity DFCEX | A | Dividends | K | T |